IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01497-PAB-KLM

GILBERT CHAVEZ,

Plaintiff,

v.

GENESEE WESTER, INC., d/b/a METAL CRAFT INDUSTRIES, INC.,

Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion to Vacate Settlement Conference** [Docket No. 15; Filed October 14, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Settlement Conference set for October 22, 2009 at 1:30 p.m. is **vacated** and will be **RESET** upon joint motion of the parties.

Dated:  October 15, 2009