IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-01497-PAB-KLM

GILBERT CHAVEZ,

    Plaintiff,

v.

GENESEE WESTER, INC.,
d/b/a Metalcraft Industries, Inc.,

    Defendant.
_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    THIS MATTER comes before the Court upon the parties' Stipulated motion for Dismissal [Docket No. 18]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Stipulated Motion for Dismissal [Docket No. 18] is granted. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED October 20, 2009.

                                                                 BY THE COURT:

                                                                 s/Philip A. Brimmer_____
                                                                 PHILIP A. BRIMMER
                                                                 United States District Judge